■ In the Matter of SADIE W., Appellant, v WYOMING COUNTY DEPARTMENT OF SOCIAL SERVICES et al., Respondents.

[678 NYS2d 541] —Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Order of Wyoming County Family Court, Griffith, J.—Visitation.) Present—Denman, P. J., Green, Pine, Wisner and Balio, JJ.